# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-1459
_____

TERRY PERRY,

Appellant,

v.

THERESA PERRY n/k/a THERESA
CLIFFORD,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Steven M. Fahlgren, Judge.

January 19, 2018

PER CURIAM.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377
So. 2d 1150 (Fla. 1979).

RAY and OSTERHAUS, JJ., and PATTERSON, CHRISTOPHER N.,
ASSOCIATE JUDGE, concur.

_____

*Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.*

_____

Terry Perry, pro se, Appellant.

J. Garfield Hurt of the Law Office of J. Garfield Hurt, Middleburg, for Appellee.